UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2011-10417-2-NMG

UNITED STATES OF AMERICA

v.

ARTURO RODRIGUEZ ORNELAZ

MOTION TO APPROVE FUNDS FOR TRANSCRIPTS OF PLEA AND SENTENCING

Now comes defendant Arturo Rodriguez Ornelaz and moves this Honorable Court to enter an order authorizing funds to transcribe the defendant's Rule 11 Hearing and Sentencing Hearing. The transcripts are needed for the defendant's appeal. The court reporter estimates that the transcripts will cost $255.55.

Respectfully Submitted,
ARTURO RODRIGUEZ ORNELAZ,
By his attorney:

/s/ Thomas Kerner
_____
J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
240 Commercial St., Suite 3A
Boston, MA 02109
(617) 720-5509

*Motion allowed.* /s/ NMGorton, USDJ 6/21/16

**CERTIFICATE OF SERVICE**

I certify that this document will be sent electronically to the prosecutor, co-counsel and Probation.

Date: 6/15/2016                    /s/ Thomas Kerner
                                   _____
                                   **J. Thomas Kerner**
                                   **BBO# 552373**